IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIEL PANIGHETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIGENT BUSINESS SOLUTIONS, INC.<br><br>Defendant | Civil Action No. 1:23-cv-209 |

## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Intelligent Business Solutions, Inc., by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Class Action Complaint. In support thereof, Defendant relies upon the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: April 6, 2023                         **YOUNG MOORE AND HENDERSON, P.A.**

*/s/ Brian O. Beverly*
Brian O. Beverly
State Bar No. 21925
P.O. Box 31627
Raleigh, NC 27622
(919) 861-5514
brian.beverly@youngmoorelaw.com

*Attorneys for Defendant*
*Intelligent Business Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Brian O. Beverly, state that I filed a true and correct copy of the Motion of Defendant Intelligent Business Solutions, Inc., to Dismiss Plaintiff's Class Action Complaint via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

**YOUNG MOORE AND HENDERSON, P.A.**

BY: /s/ Brian O. Beverly
     Brian O. Beverly

*Attorneys for Defendant*
*Intelligent Business Solutions, Inc.*

Dated: April 6, 2023