## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANIEL PANIGHETTI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | 1:23CV209 |
| v. | ) ) | |
| INTELLIGENT BUSINESS SOLUTIONS, INC. | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss, (ECF No. 7), is **GRANTED** and this case is **DISMISSED**.

This, the 30th day of June 2025.

/s/ Loretta C. Biggs
Senior United States District Judge